UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>$366,562.00 in Funds Seized from Mechanics and Farmers Bank, *Account Number XXXXXX9508 held in the name of Overton National Transportation, Inc.*,<br><br>                  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-712-TWT |

## J U D G M E N T

This action having come before the court, Thomas W. Thrash, Jr., United States District Judge, for consideration of The United States of America's Motion for Default Judgment, and the court having Granted said motion against all potential claimants to the Defendant Funds, including Overton National Transportation Inc., Jay Hezekiah Overton-Bay, Jakim Pearson, Rammohan Ranganathan, Montoya Fulton, Edward J. Pearson, John Hollingsworth, Vinod Manchni, and Liller Pearson., it is

**Ordered and Adjudged** that the defendant be, and the same hereby is, **forfeited** to the United States.

Date at Atlanta, Georgia this 1st day of December, 2021.

                                              KEVIN P. WEIMER CLERK
                                              OF COURT

                                              By:
Prepared, Filed and Entered in the
Clerk's Office                                  s/ A. Coleman
December 1, 2021                               Deputy Clerk
Kevin P. Weimer
Clerk of Court

By: s/ A. Coleman
      Deputy Clerk